No. 367. EDMOR PROPERTIES, INC. *v.* METROPOLITAN DADE COUNTY. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Alfred M. Carvajal* for petitioner.

No. 377. NOGA, SPECIAL ADMINISTRATOR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *James C. Hagedorn* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Morton Hollander* for the United States.

No. 380. SANFORD *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Gabriel T. Pap* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Elmer J. Kelsey* for respondent.

No. 385. ORDER OF RAILWAY CONDUCTORS & BRAKEMEN ET AL. *v.* CLINCHFIELD RAILROAD CO. C. A. 6th Cir. Certiorari denied. *Herbert S. Thatcher* for petitioners. *Dennis G. Lyons* for respondent.

No. 405. LODWICK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Walter A. Raymond* and *Kenneth C. West* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for the United States.

No. 479. SIMASKO *v.* TOWNSHIP OF HARRISON, MACOMB COUNTY. Ct. App. Mich. Certiorari denied. *Ray H. Boman* for petitioner. *John B. Bruff* for respondent.